[Civil No. 246.]

C. S. CLARK, Appellant, v. JAMES REILLY, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

Geo. G. Berry, for Appellant.

James Reilly, for Appellee.

February 11, 1889.   Affirmed.

---

[Civil No. 246½.]

ANDREW GARRETT et al., Appellants, v. DANIEL CLEARY et al., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.   William H. Barnes, Judge.

Herring & Herring, for Appellants.

James Reilly, for Appellees.

February 11, 1889.   Affirmed.

---

[Civil No. 247.]

MOLLIE HERBERT, Appellee, v. PASQUAL NIGRO, Appellant.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

Herring & Herring, for Appellant.

James Reilly, for Appellee.

February 11, 1889.   Affirmed.